CR 15 00226 BLF

SEALED BY ORDER OF THE COURT

PSG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### vs.
### DOUGLAS STROMS YORK

### INDICTMENT

**Count One:**  18 U.S.C. § 912 – False Impersonation of an Employee of the United States

Filed APR 22 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*A true bill.*

_____
*Foreperson*

Filed in open court this 22nd day of Apr
A.D. 2015

_____
**United States Magistrate Judge**

Bail. $ No bail arrest warrant.



1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,           )   NO.: CR 15 00226
12                                     )
           Plaintiff,                  )   VIOLATION: 18 U.S.C. § 912 – False Impersonation
13                                     )   of an Employee of the United States
       v.                              )
14                                     )
   DOUGLAS STROMS YORK,                )   SAN JOSE VENUE
15                                     )
           Defendant.                  )
16                                     )
17  _____

18                              I N D I C T M E N T

19  The Grand Jury Charges:

20      On or about February 23, 2012, in the Northern District of California, the defendant,

21                              DOUGLAS STROMS YORK,

22  did falsely assume and pretend to be an officer and employee of the United States acting under the

23  authority thereof, that is as an agent of the Internal Revenue Service, and in such assumed and pretended

24  character did act as such, in that he falsely stated that he was an Agent of the Internal Revenue Service

25  engaged in investigating tax records, in violation of Title 18, United States Code, Section 912.

26
27
28

INDICTMENT

1

2  DATED: April 22, 2015                    A TRUE BILL

3

4

5                                            _____
                                             FOREPERSON
6  MELINDA HAAG
   United States Attorney
7

8

9  _____
   JEFFREY NEDROW
10 Chief, San Jose Branch Office

11

12 (Approved as to form: _____ )
                          SAUSA PENNA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                  2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

— OFFENSE CHARGED —

18 U.S.C. § 912- False Impersonation of an Employee of the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Max Penalties:
3 years imprisonment; $250,000 fine; 1 year supervised release; $100 special assessment fee

— DEFENDANT - U.S —

▶ DOUGLAS STROMS YORK

DISTRICT COURT NUMBER
CR 15 00226

Filed APR 22 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT
E-filing
BLF
PSG

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)
TIGTA Donna Aguirre

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAUSA Brianna Penna

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: