SEALED BY ORDER OF THE COURT

Filed
APR 22 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO.: CR 15 00226 PSG |
| Plaintiff, | ) SEALING ORDER |
| v. | ) |
| DOUGLAS STROMS YORK, | ) |
| Defendant. | ) |

BLF

The Court hereby orders that the indictment filed in United States v. York, as well as this sealing order, be filed under seal.

IT IS SO ORDERED.

April 22, 2015

pres. /s/ 
~~HOWARD R. LLOYD~~ PAUL S. GREWAL
United States Magistrate Judge