UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 26, 2015        **Time in Court:** 4 Minutes        **Judge:** BETH LABSON FREEMAN

**Case No.**: 15-cr-00226-BLF-1    **Case Name:** UNITED STATES v. York

**Attorney for Plaintiff:** Brianna Penna
**Attorney for Defendant:** Graham Archer

**Deputy Clerk:** Tiffany Salinas-Harwell        **Court Reporter:** Irene Rodriguez
                                                 9:06 – 9:10
**Interpreter:** n/a                             **Probation Officer:** n/a

**PROCEEDINGS**

Status Hearing held.
Counsel for Plaintiff and Defendant are Present.
Defendant is Present, In-Custody.

**CASE CONTINUED TO: June 09, 2015 at 8:30 am for Further Status.**

---

**EXCLUDABLE DELAY:** Effective Preparation of Counsel.
Begins:  05/26/2015
Ends:  06/09/2015

---

///

May 26, 2015

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman