1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIANNA L. PENNA (CABN 290444)
   Assistant United States Attorney
5       150 Almaden Blvd., Suite 900
        San Jose, California 95113
6       Telephone: (408) 535-5061
        Facsimile: (408) 535-5066
7       Email: brianna.penna@usdoj.gov

8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   CASE NO. 15-CR-00226-BLF
14                                     )
              Plaintiff,               )   JOINT STIPULATION FOR EXCLUSION OF
15                                     )   TIME FROM MAY 26, 2015, TO JUNE 9, 2015,
         v.                            )   AND [PROPOSED] ORDER TO EXCLUDE TIME FROM
16                                     )   MAY 26, 2015, TO JUNE 9, 2015
   DOUGLAS STROMS YORK,                )
17                                     )
              Defendant.               )
18  _____ )

19

20                     JOINT STIPULATION

21        On May 26, 2015, the parties appeared before the Honorable Beth L. Freeman for an initial

22  status conference. At the hearing, defense counsel informed the Court that additional time is needed for

23  investigation to evaluate issues relating to the defendant's case. Therefore, the matter was continued

24  until June 9, 2015 at 8:30 a.m. for further status conference.

25        The parties hereby stipulate that the time between May 26, 2015, and June 9, 2015, at 8:30 a.m.,

26  should be excluded from the calculation of time within which the trial in this case must commence

27  pursuant to the Speedy Trial Act, in order to allow each counsel sufficient time to effectively prepare,

28  taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF
                                              1

1  justice served by granting the request outweigh the best interest of the public and the defendant in a

2  speedy trial.

3  DATED: May 28, 2015                                    Respectfully submitted,

4                                                          MELINDA HAAG
                                                           United States Attorney
5

6                                                          /s/_____
                                                           BRIANNA L. PENNA
7                                                          Special Assistant United States Attorney

8

9  DATED: May 28, 2015                                    /s/_____
                                                           GRAHAM ARCHER
10                                                         Attorney for the Defendant

11                             ~~[PROPOSED]~~ ORDER

12       Pursuant to the parties' motion, the Court HEREBY ORDERS that the time between May 26,

13  2015, and June 9, 2015 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds,

14  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance

15  would deny counsel the reasonable time necessary for effective preparation, taking into account the

16  exercise of due diligence.

17       Furthermore, the Court finds that the ends of justice served by granting the requested

18  continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court

19  therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

20  (B)(iv).

21       IT IS SO ORDERED.

22

23

24  DATED: _____          _____

25                                          BETH L. FREEMAN
                                            United States District Judge
26

27

28

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF
                                        2