UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 9, 2015       **Time in Court:** 7 Minutes    **Judge:** BETH LABSON FREEMAN

**Case No.**: 15-cr-00226-BLF-1   **Case Name:** UNITED STATES v. Douglas Stroms York

**Attorney for Plaintiff: Brianna Penna**
**Attorney for Defendant: Graham Archer**

**Deputy Clerk:** Tiffany Salinas-Harwell       **Court Reporter:** Summer Fisher
                                                9:17 – 9:24
**Interpreter:** n/a                            **Probation Officer:** n/a

**PROCEEDINGS**

Status Conference held.

Jury Trial set for 07/20/2015 at 9:00 am.
Final Pre-Trial set for 07/16/2015 at 2:00 pm.

///

June 9, 2015

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman