UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 23, 2015       **Time in Court:** 8 Minutes       **Judge:** BETH LABSON FREEMAN

**Case No.**: 15-cr-00226-BLF-1       **Case Name:** UNITED STATES v. Douglas Stroms York

**Attorney for Plaintiff:** Brianna Penna
**Attorney for Defendant:** Graham Archer

**Deputy Clerk:** Tiffany Salinas-Harwell       **Court Reporter:** Summer Fisher
                                                9:03 – 9:11
**Interpreter:** n/a                            **Probation Officer:** n/a

### PROCEEDINGS

Counsel for Plaintiff and Defendant are Present.
Defendant is Present Out-of-Custody.

**Case Remains as Currently Set.**


///


June 23, 2015

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman