STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant, DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00226 BLF |
| Plaintiff, | DEFENDANT'S MOTION *IN LIMINE* NO. _2_ TO PERMIT ATTORNEY-CONDUCTED VOIR DIRE |
| vs. | Pretrial Conference: July 16, 2015<br>Time: 2:00 p.m. |
| DOUGLAS STORMS YORK, | Trial Date: July 20, 2015 |
| Defendant. | **Honorable Beth Labson Freeman** |

Defendant Douglas Storms York, by and through his counsel, submits the following motion in limine in conformity with the Court's pretrial order and Local Rule 47-2. This motion is based upon the attached memorandum of points and authorities, all files and records in this case, and any further evidence as may be adduced at the hearing on this motion. Mr. York reserves the right to supplement this motion during the course of trial as needed.

\\\

\\\

Def.'s Motion *In Limine* No. 2
CR 15-00226 BLF                                              1

**ARGUMENT**

**I.     The Court Should Allow Attorney Conducted Voir Dire**

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, to provide effective assistance of counsel and to exercise Mr. York's Sixth Amendment right to trial by an impartial jury, defense counsel requests the opportunity to personally voir dire the prospective members of the jury.

**CONCLUSION**

For the foregoing reasons, and for such other reasons as may appear at the hearing on this motion, Mr. York respectfully requests that the Court grant his motion, and accord such other relief as this Court deems just.  Mr. York requests leave to file further motions as may be necessary.

Dated: July 2, 2015                                     Respectfully submitted,

                                                        STEVEN G. KALAR
                                                        Federal Public Defender


                                                          s/
                                                        GRAHAM ARCHER
                                                        Assistant Federal Public Defender

Def.'s Motion *In Limine* No. 2
CR 15-00226 BLF                                         2