STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant, DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DOUGLAS STORMS YORK,<br><br>            Defendant. | No. CR 15-00226 BLF<br><br>DEFENDANT'S MOTION *IN LIMINE* NO. _7_ TO EXCLUDE ANY EVIDENCE OFFERED BY THE GOVERNMENT THAT WAS NOT PRODUCED PRIOR TO TRIAL<br><br>Pretrial Conference: July 16, 2015<br>Time: 2:00 p.m.<br><br>Trial Date: July 20, 2015<br><br>**Honorable Beth Labson Freeman** |

    Defendant Douglas Storms York, by and through his counsel, submits the following motion in limine in conformity with the Court's pretrial order and Local Rule 47-2. This motion is based upon the attached memorandum of points and authorities, all files and records in this case, and any further evidence as may be adduced at the hearing on this motion. Mr. York reserves the right to supplement this motion during the course of trial as needed.

\\\

\\\

Def.'s Motion *In Limine* No. 7
CR 15-00226 BLF                                          1

**ARGUMENT**

**I.     The Court Should Exclude Any Evidence Offered by the Government That Was Not Produced Prior to Trial**

Mr. York requests that the Court exclude any evidence that the government was obligated to produce before trial pursuant to Rule 16 of the Federal Rules of Criminal Procedure. As a preliminary matter, the government has not informed defense counsel that it has fully complied with its discovery obligations under Rule 16 as of the date of this filing.

Additionally, Mr. York requests that the Court order the government to provide him with prompt written notice of its intention to use any discoverable evidence in its case-in-chief pursuant to Federal Rule of Criminal Procedure 12(b)(4).

**CONCLUSION**

For the foregoing reasons, and for such other reasons as may appear at the hearing on this motion, Mr. York respectfully requests that the Court grant his motion, and accord such other relief as this Court deems just. Mr. York requests leave to file further motions as may be necessary.

Dated: July 2, 2015                                            Respectfully submitted,

                                                                         STEVEN G. KALAR
                                                                         Federal Public Defender


                                                                                      s/
                                                                         GRAHAM ARCHER
                                                                         Assistant Federal Public Defender

Def.'s Motion *In Limine* No. 7
CR 15-00226 BLF                                              2