MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-2695
    FAX: (408) 535-5066
    jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-00226 BLF |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE OF COUNSEL |
| v. | ) |
| DOUGLAS STROMS YORK, | ) |
| Defendant. | ) |

    The United States Attorney's Office hereby files this notice of appearance of counsel to advise the court that Assistant United States Attorney Jeffrey Schenk will appear as counsel on behalf of the United States.  Please have future ECF notices also sent to jeffrey.b.schenk@usdoj.gov.

DATED: July 7, 2015                                       Respectfully submitted,

                                                                              MELINDA HAAG
                                                                              United States Attorney

                                                                                /s/
                                                                              JEFFREY SCHENK
                                                                              Assistant United States Attorney

NOTICE OF APPEARANCE OF COUNSEL
CR 15-00226 BLF