STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS STORMS YORK,<br><br>Defendant. | No. CR 15-00226 BLF<br><br>DEFENDANT DOUGLAS STORMS YORK'S TRIAL MEMORANDUM<br><br>Pretrial Conference: July 16, 2015<br>Time: 2:00 p.m.<br><br>Trial Date: July 20, 2015<br><br>**Honorable Beth Labson Freeman** |
|---|---|

Defendant Douglas Storms York submits this trial memorandum pursuant to the Court's standing order for the Court's consideration prior to the pretrial conference.

**I.      Legal Bases for the Charge**

Mr. York is charged in a one count indictment with False Impersonation of an Employee of the United States in violation of 18 U.S.C. § 912.

**II.     Anticipated Evidence**

Based on the discovery received as of the date of this filing, the defense anticipates that

the government will attempt to introduce evidence that Mr. York allegedly made a phone call to Allan Hessenflow claiming to be an individual with the Internal Revenue Service ("IRS") on February 23, 2012.

The defense anticipates that the majority of its case will be rebuttal and impeachment evidence based upon the testimony of the government's witnesses and the materials that have been provided to the defense through discovery.

### III.   Evidentiary, Procedural or other Legal Issues

The defense has filed motions *in limine* addressing the existing legal and evidentiary issues presented in the case.  If additional issues develop, the defense will notify the Court and the government.

Dated: July 9, 2015                                      Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/
GRAHAM ARCHER
Assistant Federal Public Defender