STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-00226 BLF |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT DOUGLAS STORMS YORK'S WITNESS LIST |
| vs. | ) ) ) | |
| | ) ) | Pretrial Conference: July 16, 2015 Time: 2:00 p.m. |
| DOUGLAS STORMS YORK, | ) ) | Trial Date: July 20, 2015 |
| Defendant. | ) ) | **Honorable Beth Labson Freeman** |

Defendant Douglas Storms York, by and through his counsel, submits this potential witness list for the upcoming trial.  The defense reserves the right to call additional witnesses for rebuttal or impeachment of evidence presented by the government.   The defense is continuing its investigation and may supplement the list below as needed.

\\\

\\\

\\\

Def. York's Witness List
CR 15-00226 BLF                                                                 1

The defense may call the following witnesses, depending on the presentation of the testimony and evidence during the government's case-in-chief:

    Douglas Storms York

    Douglas Cole

Dated: July 9, 2015                         Respectfully submitted,

                                                STEVEN G. KALAR
                                                Federal Public Defender

                                                /s/
                                                GRAHAM ARCHER
                                                Assistant Federal Public Defender