STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 S. Market St., Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant, DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15-00226 BLF |
| ) | |
| Plaintiff, ) | DEFENDANT DOUGLAS STORMS |
| ) | YORK'S PROPOSED VERDICT FORM |
| v. ) | |
| ) | Pretrial Conference: July 16, 2015 |
| ) | Time: 2:00 p.m. |
| DOUGLAS STORMS YORK, ) | |
| ) | Trial Date: July 20, 2015 |
| Defendant. ) | |
| ) | **Honorable Beth Labson Freeman** |

   Defendant Douglas Storms York submits the proposed verdict form attached as Exhibit A.

Dated: July 9, 2015

                                    Respectfully submitted,

                                    STEVEN G. KALAR
                                    Federal Public Defender


                                    */s/ Graham Archer*

                                    GRAHAM ARCHER
                                    Assistant Federal Public Defender

Def.'s Proposed Verdict Form
CR 15-00226 BLF

1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS STORMS YORK,<br><br>　　　　　Defendant. | )<br>)　No. CR 15-00226 BLF<br>)<br>)　VERDICT<br>)<br>)<br>)<br>)<br>)<br>) |

1) Did the government prove beyond a reasonable doubt that Mr. York falsely pretended to be an employee acting under the authority of the United States Internal Revenue Service?

　　　_____ NO

　　　_____ YES  (proceed to question two)

2) Did the government prove beyond a reasonable doubt that Mr. York acted in such a manner as an employee of the United States Internal Revenue Service?

　　　_____ NO

　　　_____ YES (proceed to question three)

3) Did the government prove beyond a reasonable doubt that Mr. York acted with the intent to defraud?

_____    NO

_____    YES

 If you answered "No" to questions one, two or three, you must find Mr. York Not Guilty of the offense as charged.

Therefore, we the jury in the above-captioned case, unanimously find the Defendant, Douglas Storms York:

_____, *(Not Guilty or Guilty)* of False Impersonation of a Federal Employee, in violation of 18 U.S.C. § 912.

Dated: _____, 2015          _____
                                        JURY FOREPERSON