MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-15-00226-BLF |
|---|---|
| Plaintiff, | ) UNITED STATES' EXHIBIT LIST |
| v. | ) |
| DOUGLAS YORK, | ) Trial Date:  July 20, 2015<br>) Time:  9:00 a.m.<br>) Courtroom:  Hon. Beth Labson Freeman |
| Defendant. | ) |

    The United States may offer the exhibits set forth on this Exhibit List at the trial of this case. The government reserves the right to amend this list.

| Exhibit Number | DESCRIPTION | SPONSORING WITNESS | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|
| 1 | Teltech Systems Inc. (Spoofcard) voice recordings. | | | |
| 2 | Teltech Systems Inc. (Spoofcard) records. | | | |
| 3 | Verizon Wireless records. | | | |
| 4 | Restraining or protective orders issued to defendant | | | |
| 5 | Defendant's conviction documents and police reports related to domestic violence, battery or violation of protective orders of Andrea York or Allan Hessenflow. | | | |
| 6 | Security camera video footage from outside Allan Hessenflow's house. | | | |
| 7 | Craigslist records pertaining to a posting on 2/24/2012. | | | |
| 8 | A photograph of defendant's Facebook page. | | | |
| 10 | Allan Hessenflow's personal log documenting contact with defendant. | | | |

DATED: July 9, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney


            /s/
BRIANNA L. PENNA
JEFF SCHENK
Assistant United States Attorneys

UNITED STATES' EXHIBIT LIST
CR-15-00226-BLF