MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA. PENNA (CABN 290444)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-00226-BLF |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | |
| DOUGLAS YORK, | Trial Date: July 20, 2015<br>Time: 9:00 a.m.<br>Courtroom: Hon. Beth Labson Freeman |
| Defendant. | |

    The United States submits this Witness List, giving notice to the Court and to defendant Douglas York of the witnesses it may call in its case in chief at the trial in the above-captioned case. This list is intended to be inclusive and does not necessarily identify the order in which witnesses will be called. The government may choose not to call every witness on this list. The government reserves the right to supplement this list as trial preparations progress. The government will notify the defendant of any changes to its witness list.

UNITED STATES' WITNESS LIST
CR-15-00226-BLF

**A.     Percipient Witnesses**

The United States expects to call the following percipient witnesses in its case-in-chief:

1. Allan Hessenflow, will testify to instances of contact with the defendant, including but not limited to the voice mail he received on February 23, 2012 and to other related exhibits.

2. Andrea York, will testify about instances of contact with the defendant and to other related exhibits.

3. Special Agent Donna Aguirre, TIGTA will testify to the investigation.

4. A custodian of records from Teltech Systems Inc., will testify to subpoenaed records.

5. A custodian of records from Verizon Wireless will testify to subpoenaed phone records.

6. A custodian of records from Craigslist will testify to subpoenaed records related to a February 24, 2012 posting.

**B.     Other Witnesses and Custodians**

The government reserves the right to add additional witnesses, including but not limited to, custodian witnesses for the documents and records to be introduced as exhibits.

DATED: July 9, 2015                                  Respectfully submitted,

                                                                      MELINDA HAAG
                                                                      United States Attorney


                                                                           /s/
                                                                      BRIANNA PENNA
                                                                      JEFF SCHENK
                                                                      Assistant United States Attorneys

UNITED STATES' WITNESS LIST
CR-15-00226-BLF