MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS STORMS YORK, <br><br> Defendant. | Case No. CR-15-00226-BLF <br><br> UNITED STATES' TRIAL MEMORANDUM <br><br> Trial Date: July 20, 2015 <br> Time: 9:00 a.m. <br> Courtroom: Hon. Beth Labson Freeman |

Pursuant to the Court's standing order Re Pretrial Conference- Criminal Trial, The United States hereby respectfully submits the following trial memorandum:

**I.    Legal Bases for the Charges**

    A.  **Count 1: 18 U.S.C. § 912**

The government charges the defendant with one count of 18 U.S.C. § 912. 18 U.S.C. § 912- False Impersonation of an Employee of the United States.  The defendant falsely pretended to be a federal officer or employee acting under the seal of the United States, and the defendant acted as such.

B. **Count 2: 47 U.S.C. § 223(a)(1)(C).**

The government superseded the indictment on July 9, 2015, to include one count of 47 U.S.C. § 223(a)(1)(C). The parties' jointly prepared pretrial filings do not reflect the superseded charge, and will be amended if necessary.

Certain forms of harassment may be prosecuted under 47 U.S.C. 223. This provision of this statute makes it a federal crime to use a telephone or telecommunications device to abuse, harass, or threaten any person. The statute also requires that the perpetrator not reveal his or her identity. *See* 47 U.S.C. § 223(a)(1)(C). An individual is in violation of § 223(a)(1)(C) when in interstate or foreign communications, he makes a telephone call or utilizes a telecommunications device, whether or not communication ensues, without disclosing his identity and with intent to abuse, threaten, or harass any specific person.

## II. ANTICIPATED EVIDENCE

As reflected in the government's Witness and Exhibit lists, the government intends to introduce evidence and testimony to establish that the defendant made a phone call to Allan Hessenflow falsely impersonating an employee of the Internal Revenue Service ("IRS") and acting as such. The government intends to call one or more victims in the case to testify to the voice mail and his identity or motive for making the call. Further, the government will introduce records and documents supporting the count.

The government intends to introduce through testimony and exhibits, that defendant made a phone call or interstate communication by making a call originating in California, by utilizing "Spoofcard," whose servers are located in New Jersey. The defendant failed to identify himself as Doug York, and attempted to conceal his identity by using a voice alteration feature. The government will show that it was defendant's purpose to annoy or harass the victim and this will be shown through the content of the voice mail and in conjunction with continued instances of harassment of the victims. The government will show that over the course of several months, the defendant incessantly called both Andrea York and Mr. Hessenflow. Phone records corroborate these incessant phone calls. A man thought to be defendant was caught prowling around Hessenflow's property (this was caught on a home-security camera video), and on other occasions defendant was caught pounding on doors and windows.

UNITED STATES' TRIAL MEMORANDUM
CR-15-00226-BLF

1  On one instance, the defendant placed a phony advertisement on Craigslist for Mr. Hessenflow's
2  Porsche, listing Mr. Hessenflow's address and subjecting him to drive-by visits from prospective buyers.
3  The defendant numerously accused Mr. Hessenflow of being a child predator, including making these
4  allegations to a Family Court Judge and other people known to Mr. Hessenflow.  A sign listing Mr.
5  Hessenflow's address and claiming he was a child predator was posted on Mr. Hessenflow's street.  This
6  incessant pattern of harassment, which included physical violence against Andrea York, took place over
7  the course of several months.  Mr. Hessenflow, in turn, maintained a detailed log of each incident of
8  harassment.

## III. EVIDENTIARY, PROCEDURAL OR OTHER LEGAL ISSUES

Presently pending before the Court is the parties' filed motions *in limine*. These motions address the existing legal and evidentiary issues presented in the case.

DATED: July 9, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
BRIANNA L. PENNA
JEFF SCHENK
Assistant United States Attorneys

UNITED STATES' TRIAL MEMORANDUM
CR-15-00226-BLF