MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-00226-BLF |
| Plaintiff, | UNITED STATES' PROPOSED VERDICT FORM |
| v. | Trial Date: July 20, 2015<br>Time: 9:00 a.m. |
| DOUGLAS YORK, | Courtroom: Hon. Beth Labson Freeman |
| Defendant. | |

The United States hereby respectfully submits the following proposed verdict form.

DATED: July 9, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

          /s/
BRIANNA L. PENNA
JEFF SCHENK
Assistant United States Attorneys

UNITED STATES' PROPOSED VERDICT FORM
CR-15-00226-BLF

COUNT ONE:          18 U.S.C. § 912– False Impersonation of a Federal Officer or Employee

    WE, THE JURY, find the defendant DOUGLAS YORK in the above-entitled case

_____ of False Impersonation of a Federal Officer or Employee,
  Guilty/Not Guilty

as charged in Count One.

COUNT TWO:          14 U.S.C. § 223(A)(1)(C)– Obscene or Harassing Phone Calls

WE, THE JURY, find the defendant DOUGLAS YORK in the above-entitled case

_____ of Obscene or Harassing Phone Calls,
  Guilty/Not Guilty

as charged in Count Two.

DATED:                                           _____
                                                                           FOREPERSON

UNITED STATES' PROPOSED VERDICT FORM
CR-15-00226-BLF