UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>**CRIMINAL MINUTES**</u>

**Date:** July 14, 2015          **Time in Court:** 19 Minutes     **Judge:** BETH LABSON FREEMAN

**Case No.:** 15-cr-00226-BLF-1   **Case Name:** UNITED STATES v. Douglas Stroms York

**Attorney for Plaintiff: Brianna Penna**
                      **Jeff Schenk**
**Attorney for Defendant: Graham Archer**

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Summer Fisher
                                                9:14 – 9:33

**Interpreter:** n/a                              **Probation Officer:** n/a


**PROCEEDINGS**

**Status Hearing held.**
**Counsel for Plaintiff and Defendant Present.**
**Defendant Present out of custody.**

**Pre-Trial Conference set for 07/16/2015 is Vacated.**
**Jury Trial set for 07/20/2015 is Vacated.**

**CASE CONTINUED TO: 07/21/2015 at 9:00 for Further Status.**

----------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Effective Preparation of Counsel.**
Begins: 07/14/2015
Ends: 07/21/2015
----------------------------------------------------------------------------------------------------------------


July 14, 2015

*Tiffany Salinas Harwell*

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman