1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIANNA L. PENNA (CABN 290444)
   Assistant United States Attorney
5       150 Almaden Blvd., Suite 900
        San Jose, California 95113
6       Telephone: (408) 535-5061
        Facsimile: (408) 535-5066
7       Email: brianna.penna@usdoj.gov

8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         ) CASE NO. 15-CR-00226-BLF
14                                   )
           Plaintiff,                ) JOINT STIPULATION FOR EXCLUSION OF
15                                   ) TIME FROM JULY 14, 2015, TO JULY 21, 2015,
      v.                             ) [PROPOSED] ORDER TO EXCLUDE TIME FROM
16                                   ) JULY 14, 2015, TO JULY 21, 2015
   DOUGLAS STORMS YORK,              )
17                                   )
           Defendant.                )
18                                   )

19

20                           JOINT STIPULATION

21       On July 14, 2015, the parties appeared before the Honorable Beth L. Freeman for a status

22 conference on the superseding indictment in this matter. At the hearing, defense counsel informed the

23 Court that additional time is needed to evaluate issues relating to the defendant's case, specifically

24 regarding the superseding count. Therefore, the matter was continued until July 21, 2015 at 9:00 a.m. for

25 further status conference.

26       The parties hereby stipulate that the time between July 14, 2015, and July 21, 2015, at 9:00 a.m.,

27 should be excluded from the calculation of time within which the trial in this case must commence

28 pursuant to the Speedy Trial Act, in order to allow each counsel sufficient time to effectively prepare,

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF

                                          1

taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 15, 2015                                    Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney


                                                        /s/_____
                                                        BRIANNA L. PENNA
                                                        Special Assistant United States Attorney


DATED: July 15, 2015                                    /s/_____
                                                        GRAHAM ARCHER
                                                        Attorney for the Defendant


## [PROPOSED] ORDER

Pursuant to the parties' motion, the Court HEREBY ORDERS that the time between July 14, 2015, and July 21, 2015 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


DATED: _____                                  _____
                                                        HON. BETH L. FREEMAN
                                                        United States District Judge

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF

2