UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 21, 2015     **Time in Court:** 2 Minutes     **Judge:** BETH LABSON FREEMAN

**Case No.**: 15-cr-00226-BLF-1     **Case Name:** UNITED STATES v. Douglas York

**Attorney for Plaintiff:** Brianna Penna, Jeff Schenk
**Attorney for Defendant:** Varell Fuller

**Deputy Clerk:** Tiffany Salinas-Harwell     **Court Reporter:** Irene Rodriguez
                                                                    9:20 – 9:22
**Interpreter:** n/a     **Probation Officer:** n/a

**PROCEEDINGS**

Sentencing Hearing held.
Counsel for Plaintiff and Defendant Present.
Defendant Present In-Custody

**CASE CONTINUED TO: 07/30/2015 at 8:30 AM for Further Status/Trial Setting.**

---

**EXCLUDABLE DELAY:** Time Excluded for Effective Preparation of Counsel.
Begins: 07/21/2015
Ends: 07/30/2015

---

July 21, 2015

Courtroom Deputy to the Honorable
Beth Labson Freeman