1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  BRIANNA L. PENNA (CABN 290444)
   Assistant United States Attorney
5       150 Almaden Blvd., Suite 900
        San Jose, California 95113
6       Telephone: (408) 535-5061
        Facsimile: (408) 535-5066
7       Email: brianna.penna@usdoj.gov
8
   Attorneys for United States of America
9
10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13
   UNITED STATES OF AMERICA,           )  CASE NO. 15-CR-00226-BLF
14                                     )
           Plaintiff,                  )  JOINT STIPULATION FOR EXCLUSION OF
15                                     )  TIME FROM JULY 21, 2015, TO JULY 30, 2015,
        v.                             )  [PROPOSED] ORDER TO EXCLUDE TIME FROM
16                                     )  JULY 21, 2015, TO JULY 30, 2015
   DOUGLAS STORMS YORK,                )
17                                     )
           Defendant.                  )
18  _____)
19
20                                   JOINT STIPULATION
21         On July 21, 2015, the parties appeared before the Honorable Beth L. Freeman for a status
22  conference on the superseding indictment in this matter. At the hearing, defense counsel, Graham
23  Archer was unavailable, and Varell Fuller requested a continuance of the matter until July 30, 2015 at
24  8:30 a.m. for further trial setting.
25         The parties hereby stipulate that the time between July 21, 2015, and July 30, 2015, at 8:30 a.m.,
26  should be excluded from the calculation of time within which the trial in this case must commence
27  pursuant to the Speedy Trial Act, in order to allow each counsel sufficient time to effectively prepare,
28  taking into account the exercise of due diligence. The parties stipulate that the ends of justice served by

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF
                                                     1

granting the request outweigh the best interest of the public and the defendant in a speedy trial.  Further, time should be excluded for continuity of counsel in this matter.

DATED: July 27, 2015 Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
BRIANNA L. PENNA
Special Assistant United States Attorney

DATED: July 27, 2015 /s/
GRAHAM ARCHER
Attorney for the Defendant

## [PROPOSED] ORDER

Pursuant to the parties' motion, the Court HEREBY ORDERS that the time between July 21, 2015, and July 30, 2015 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:_____ _____

HON. BETH L. FREEMAN
United States District Judge

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF