MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    Email: brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-CR-00226-BLF |
| Plaintiff, | JOINT STIPULATION FOR EXCLUSION OF TIME FROM JULY 21, 2015, TO JULY 30, 2015, [PROPOSED] ORDER TO EXCLUDE TIME FROM JULY 21, 2015, TO JULY 30, 2015 |
| v. | |
| DOUGLAS STORMS YORK, | |
| Defendant. | |

## JOINT STIPULATION

On July 21, 2015, the parties appeared before the Honorable Beth L. Freeman for a status conference on the superseding indictment in this matter. At the hearing, defense counsel, Graham Archer was unavailable, and Varell Fuller requested a continuance of the matter until July 30, 2015 at 8:30 a.m. for further trial setting.

The parties hereby stipulate that the time between July 21, 2015, and July 30, 2015, at 8:30 a.m., should be excluded from the calculation of time within which the trial in this case must commence pursuant to the Speedy Trial Act, in order to allow each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. The parties stipulate that the ends of justice served by

granting the request outweigh the best interest of the public and the defendant in a speedy trial. Further, time should be excluded for continuity of counsel in this matter.

DATED: July 27, 2015                                    Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

                                                        /s/
                                                        BRIANNA L. PENNA
                                                        Special Assistant United States Attorney

DATED: July 27, 2015                                    /s/
                                                        GRAHAM ARCHER
                                                        Attorney for the Defendant

### [PROPOSED] ORDER

Pursuant to the parties' motion, the Court HEREBY ORDERS that the time between July 21, 2015, and July 30, 2015 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____                                  _____
                                                        HON. BETH L. FREEMAN
                                                        United States District Judge

JOINT STIPULATION FOR EXCLUSION OF TIME AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 15-00226 BLF

2