UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 30, 2015     **Time in Court:** 9:00 A.M.     **Judge:** BETH LABSON FREEMAN

**Case No.**: 15-cr-00226-BLF-1     **Case Name:** UNITED STATES v. Douglas York

**Attorney for Plaintiff: Brianna Penna, Jeffrey Schenk**
**Attorney for Defendant: Graham Archer**

**Deputy Clerk:** Tiffany Salinas-Harwell     **Court Reporter:** Irene Rodriguez
                                              8:37 – 8:42
**Interpreter:** n/a                          **Probation Officer:** n/a

**PROCEEDINGS**

Counsel for Plaintiff and Defendant Present.
Defendant Present out-of-custody.

Status Conference held.

Further Status set 08/04/2015 at 9:00 am.
Jury Trial set for 08/24/2015 at 9:00 am.

///

July 30, 2015

Tiffany Salinas-Harwell
Courtroom Deputy to the Honorable
Beth Labson Freeman