MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS YORK,<br><br>Defendant. | Case No. CR-15-00226-EJD<br><br>THE UNITED STATES' AMENDED JURY INSTRUCTIONS<br><br>Trial Date: August 25, 2015<br>Time: 9:00 a.m.<br>Courtroom: Hon. Edward J. Davila |

The United States respectfully provides the Court with an updated jury instruction to include an instruction for Count Two of the Superseding Indictment. Depending on the evidence at trial, additional instructions may be required and leave is respectfully requested to include additional instructions as may become appropriate.

DATED: August 14, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

_________/s/_______________
BRIANNA L. PENNA
JEFFREY SCHENK
Assistant United States Attorneys

**DISPUTED INSTRUCTION NO. ___**
**RE: FALSE IMPERSONATION OF FEDERAL OFFICER OR EMPLOYEE – ELEMENTS**
**GOVERNMENT OFFERED**

The defendant is charged in Count Two of interstate telecommunications harassment in violation of 47 U.S.C. 223(a)(1)(C). In order to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

The defendant (1) in interstate or foreign communications (2) made a telephone call or utilized a telecommunications device (3) without disclosing his identity (4) intending to abuse, threaten, or harass any person at the called number or who received the communications.

There were no model jury instructions found for this particular statute. See 47 U.S.C. 223(a)(1)(C).