STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant, DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00226 EJD |
| Plaintiff, | DEFENDANT DOUGLAS STORMS YORK'S ADDITIONAL PROPOSED JURY INSTRUCTION |
| vs. | Pretrial Conference: August 24, 2015<br>Time: 10:00 a.m. |
| DOUGLAS STORMS YORK, | Trial Date: August 25, 2015 |
| Defendant. | **Honorable Edward J. Davila** |

Defendant Douglas Storms York, by and through Assistant Federal Public Defender Graham Archer, submits this additional proposed jury instruction for the Court's consideration in advance of the pretrial conference set for August 25, 2015.

**<u>Defendant York's Disputed Instruction Re: Count Two - Elements of Offense</u>**

Mr. York is charged in Count Two of the Indictment with Telecommunications Device Harassment, in violation of Title 47, section 223(a)(1)(C) of the United States Code.

In Order for the Mr. York to be found guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

First, On or about February 23, 2012;

Second, Mr. York failed to disclose his identity;

Third, Mr. York acted with the intent to abuse, threaten and harass a specific person;

Fourth, Mr. York used a telecommunications device; and

Fifth, the telecommunications device moved in interstate and foreign communications.

47 U.S.C. § 223(a)(1)(C)

Dated: August 14, 2015                                          Respectfully submitted,

                                                                              STEVEN G. KALAR
                                                                              Federal Public Defender


                                                                                    s/
                                                                              GRAHAM ARCHER
                                                                              Assistant Federal Public Defender