STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 S. Market St., Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant, DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15-00226 EJD |
| ) | |
| Plaintiff, ) | DEFENDANT DOUGLAS STORMS YORK'S AMENDED PROPOSED VERDICT FORM |
| ) | |
| v. ) | |
| ) | Pretrial Conf.: August 24, 2015 |
| ) | |
| DOUGLAS STORMS YORK, ) | Time: 10:00 a.m. |
| ) | |
| Defendant. ) | Trial Date: August 25, 2015 |

Defendant Douglas Storms York submits the amended proposed verdict form attached as Exhibit A.

Dated: August 14, 2015

                                                        Respectfully submitted,

                                                        STEVEN G. KALAR
                                                        Federal Public Defender

                                                        */s/ Graham Archer*

                                                        GRAHAM ARCHER
                                                        Assistant Federal Public Defender

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 15-00226 EJD |
| ) | |
| Plaintiff, ) | VERDICT |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS STORMS YORK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**COUNT ONE:  18 U.S.C. § 912 – False Impersonation of An Employee of the United States**

1) Did the government prove beyond a reasonable doubt that Mr. York falsely assumed and pretended to be an employee acting under the authority of the United States Internal Revenue Service?

_____ NO

_____ YES  (proceed to question two)

3

2) Did the government prove beyond a reasonable doubt that Mr. York acted in such a manner as an employee of the United States Internal Revenue Service, by falsely stating he was an Agent of the Internal Revenue Service engaged in investigating tax records?

_____ NO

_____ YES (proceed to question three)

3) Did the government prove beyond a reasonable doubt that Mr. York acted with the intent to defraud?

_____ NO

_____ YES

If you answered "No" to questions one, two or three, you must find Mr. York Not Guilty of the offense as charged in Count One.

_____

**COUNT TWO: 47 U.S.C § 223(a)(1)(C) – Telecommunications Device Harassment**

1) Did the government prove beyond a reasonable doubt that Mr. York did not disclose his identity?

_____ NO

_____ YES (proceed to question two)

2) Did the government prove beyond a reasonable doubt that Mr. York acted with the intent to abuse, threaten and harass a specific person?

_____ NO

_____ YES (proceed to question three)

4

3) Did the government prove beyond a reasonable doubt that Mr. York used a telecommunications device that moved through interstate and foreign communications?

_____   NO

_____   YES

If you answered "No" to questions one, two or three, you must find Mr. York Not Guilty of the offense as charged in Count Two.

_____

Therefore, we the jury in the above-captioned case, unanimously find the Defendant, Douglas Storms York:

_____, *(Not Guilty or Guilty)* of False Impersonation of a Federal Employee, in violation of 18 U.S.C. § 912.

_____, *(Not Guilty or Guilty)* of Telecommunications Device Harassment, in violation of 47 U.S.C. § 223(a)(1)(C).

Dated: _____ , 2015         _____
                                    JURY FOREPERSON