MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-15-00226-EJD |
|---|---|
| Plaintiff, | ) UNITED STATES' AMENDED EXHIBIT LIST |
| v. | ) |
| DOUGLAS YORK, | ) Trial Date: August 25, 2015<br>) Time: 9:00 a.m.<br>) Courtroom: Hon. Edward J, Davila |
| Defendant. | ) |

    The United States may offer the exhibits set forth on this Exhibit List at the trial of this case. The government reserves the right to amend this list.

| Exhibit Number | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| 1 | | | | Teltech Systems Inc. (Spoofcard) voice recording. | |
| 1a | | | | Transcript of Teltech Systems Inc. (Spoofcard) voice recording. | |
| 2 | | | | Teltech Systems Inc. (Spoofcard) records. | |
| 3 | | | | Verizon Wireless records. | |
| 4 | | | | Audio recording from Hessenflow's voice mailbox. | |
| 4a | | | | Transcript of audio recording from Hessenflow's voice mailbox. | |
| 5 | | | | Email to TIGTA from Hessenflow reporting voice mail. | |
| 6 | | | | **Withheld** | |
| 7 | | | | Craigslist records pertaining to a posting on 2/24/2012. | |
| 8 | | | | A photograph of defendant's Facebook page. | |
| 9 | | | | **Withheld** | |

DATED: August 24, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

            /s/
BRIANNA L. PENNA
JEFF SCHENK
Assistant United States Attorneys

UNITED STATES' AMENDED EXHIBIT LIST
CR-15-00226-EJD