MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA L. PENNA (CABN 290444)
JEFFREY SCHENK (CABN 234355)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-15-00226-EJD |
|     Plaintiff, ) | THE UNITED STATES' STATEMENT OF THE CASE |
|     v. ) | Trial Date:    August 25, 2015 |
| DOUGLAS YORK, ) | Time:         9:00 a.m. |
|     Defendant. ) | Courtroom:   Hon. Edward J. Davila |

    The United States respectfully provides the Court with a proposed statement of the case for consideration at the August 24, 2015 pretrial conference.

DATED: August 24, 2015                               Respectfully submitted,

                                                                MELINDA HAAG
                                                                United States Attorney

                                                               _____/s/_____
                                                              BRIANNA L. PENNA
                                                              JEFFREY SCHENK
                                                              Assistant United States Attorneys

# STATEMENT OF THE CASE

The United States charges the defendant with (1) False Impersonation of an Employee of the United States in violation of 18 United States Code section 912; and (2) Telecommunications Device Harassment, in violation of 47 United States Code section 223(a)(1)(C).  After the defendant's wife initiated divorce proceedings against him, the defendant allegedly began to harass his wife and her boyfriend, Allan Hessenflow.  As part of this harassment, the United States alleges that on February 23, 2012, the defendant used a telephone "spoofing service" to harass Mr. Hessenflow.  A telephone spoofing service is a service that allows a caller to conceal his/her voice during a telephone call, and also to change the telephone number that appears on a caller ID.  The government alleges that on February 23, 2012, the defendant called Mr. Hessenflow using a spoofing service, and impersonated an employee from the Internal Revenue Service who was investigating Mr. Hessenflow's tax records.