# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
### Judge Edward J. Davila
Courtroom 4 - 5th Floor
### Criminal Minute Order

<u>TIME IN COURT</u>:    47   mins
(10:06 -10:53 AM)

**Date: August 24, 2015**
**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**

**U.S. Probation Officer: N/A**
**U.S. Pretrial Services Officer: N/A**
**Interpreter: N/A**

---

**CASE NUMBER**: 5:11-cr-00214-EJD
**TITLE: USA v. Douglas Stroms York (NC)(P)**

Government Attorney(s) present: Brianna Penna, Jeff Schenk
Defendant Attorney(s) present: Graham Archer

---

**PROCEEDINGS: Pretrial Conference**

---

**ORDER AFTER HEARING:**
**Hearing held.**
**Jury Selection as previously set for August 25, 2015 at 9:00 AM.**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**