**~~PROPOSED~~ ORDER/COVER SHEET**

**TO:** **Honorable Nathanael M. Cousins**
**U.S. Magistrate Judge**

**RE:** **Douglas Storms York**

**FROM:** **Roy Saenz, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **CR15-00226 EJD**

**Date:** **8/25/15**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jaime A. Carranza, Specialist — (408) 535-5226

U.S. Pretrial Services — **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 7, 4th Floor on August 26, 2015 at 10:00 a.m..

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_______________________________________________

_______________________________________________

[signature] — August 25, 2015

**JUDICIAL OFFICER** — **DATE**