STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Graham_Archer@fd.org

Counsel for Defendant, DOUGLAS STORMS YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00226 EJD |
| Plaintiff, | DEFENDANT DOUGLAS STORMS YORK'S AMENDED PROPOSED JURY INSTRUCTION REGARDING COUNT TWO |
| vs. | |
| DOUGLAS STORMS YORK, | Trial Date: August 25, 2015 |
| Defendant. | **Honorable Edward J. Davila** |

Defendant Douglas Storms York, by and through Assistant Federal Public Defender Graham Archer, submits this amended proposed jury instruction regarding count two for the Court's consideration.

**Defendant York's Disputed Instruction Re: Count Two - Elements of Offense**

Mr. York is charged in Count Two of the Indictment with Telecommunications Device Harassment, in violation of Title 47, section 223(a)(1)(C) of the United States Code.

In order for the Mr. York to be found guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

First, On or about February 23, 2012;

Second, Mr. York used a telecommunications device;

Third, Mr. York failed to disclose his identity;

Fourth, Mr. York acted with the intent to abuse, threaten and harass a specific person; and

Fifth, the communication was an interstate or foreign communication.

47 U.S.C. § 223(a)(1)(C)

Dated: August 26, 2015  Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

      s/
GRAHAM ARCHER
Assistant Federal Public Defender

Def.'s Amended Proposed Jury Instruction Re:
Count Two
CR 15-00226 EJD        2