UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila
Courtroom 4 - 5th Floor
**Criminal Minute Order – Jury Trial**

**TIME IN COURT**: 50 mins
(2:10 -3:00 PM)

Date: August 26, 2015
Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez

U.S. Probation Officer: N/A
U.S. Pretrial Services Officer: N/A
Interpreter: N/A

**CASE NUMBER**: 5:15-cr-00226-EJD
**TITLE: USA v. Douglas Stroms York (NC)(P)**

Government Attorney(s) present: Brianna Penna, Jeff Schenk
Defendant Attorney(s) present: Graham Archer

**PROCEEDINGS: Hearing re Jury Instructions**

**ORDER AFTER HEARING:**
**Hearing held outside the presence of the jury.**
**Further hearing re jury instructions set for August 27, 2015 at 2:00 PM.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: