# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
## Judge Edward J. Davila
Courtroom 4 - 5th Floor
## Criminal Minute Order – Jury Trial

**TIME IN COURT:** **41 mins**
**(2:34 -3:15 PM)**

**Date: August 27, 2015**          **U.S. Probation Officer: N/A**
**Courtroom Deputy: Elizabeth Garcia**          **U.S. Pretrial Services Officer: N/A**
**Court Reporter: Irene Rodriguez**          **Interpreter: N/A**

**CASE NUMBER**: 5:15-cr-00226-EJD
**TITLE: USA v. Douglas Stroms York (NC)(P)**

Government Attorney(s) present: Brianna Penna, Jeff Schenk
Defendant Attorney(s) present: Graham Archer

**PROCEEDINGS: Hearing re Jury Instructions**

**ORDER AFTER HEARING:**
**Hearing held outside the presence of the jury.**
**Further Jury Trial set for August 28, 2015 at 09:00**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**