UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila
Courtroom 1 - 5th Floor
**Criminal Minute Order**

**TIME IN COURT**: 30 mins
(3:30 – 4:00 PM)

**Date:** January 4, 2016
**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez

**U.S. Probation Officer:** Kevin Pollock
**U.S. Pretrial Services Officer:** Jaime Carranza
**Interpreter:** N/A

CASE NUMBER: 5:15-cr-00226-EJD
TITLE: USA v. Douglas Stroms York (NC)(P)

Government Attorney(s) present: Jeff Schenk
Defendant Attorney(s) present: Graham Archer

**PROCEEDINGS: Sentencing Hearing**

**ORDER AFTER HEARING:**
Hearing held.
The Court sentenced the defendant as to Count 1 of the Superseding Indictment. The Court committed the defendant to one year (1) and one (1) day of BOP custody, one (1) year supervised release, $100 special assessment. The defendant shall self-surrender on February 3, 2016 by 2:00 PM. Defendant notified of appeal rights. Defendant shall adhere to all previously imposed conditions of pretrial release until he self-surrenders.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: