UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>                Plaintiff,<br>   v.<br>DOUGLAS STROMS YORK,<br>                Defendants. | Case No. 5:15-cr-00226-EJD<br><br>**ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    (X)    Presentence Report

    ( )    Plea Agreement

    (X)    Statement of Reasons

    ( )    (Other).

**IT IS SO ORDERED.**

Dated: 1/6/2016

EDWARD J. DAVILA
United States District Judge