STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
graham_archer@fd.org

Counsel for Defendant DOUGLAS YORK

FILED

*fees waived*

JAN − 7 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-15-00226 EJD |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS YORK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Douglas York, the defendant in the above-captioned

criminal case, hereby appeals his conviction and sentence to the Ninth Circuit Court of Appeals.

Dated: January 7, 2016

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

 s/ Graham Archer
GRAHAM ARCHER
Assistant Federal Public Defender