UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  **US -v- Douglas Stroms York**
Court of Appeals No. (leave blank if a unassigned _____
U.S. District Court, Division & Judge Name: **NDCA, San Jose Division, Judge Edward J. Davila**
Criminal and/or Civil Case No.: **CR 15-00226-EJD**
Date Complaint/Indictment/Petition Filed: **4/22/2015**
Date Appealed order/judgment *entered* **1/7/2016**
Date NOA *filed* **1/7/2016**
Date(s) of Indictment **4/22/15**   Jury Verdict **8/28/15**   Sentencing **1/4/16**

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: **Irene Rodriguez : Phone#1.408.947.8160**

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **Waived**                  Date Docket Fee Billed: ____
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellant's Counsel                              Appellee Counsel: **Brianna Penna**
Graham Archer                                    US Attorney's Office
Assistant Federal Public Defender                150 Almaden Blvd.,
55 Sourt Market Street, Suite 820                San Jose, CA 95113
San Jose, CA 95113 408.291.7753                  408.535.5037
☐ retained  ☐ CJA  ☒ FPD ☐ Pro Se ☐ Other *Special Appearance    Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: **Cita Escolano**
                                                    **1.408.535.5391**