UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-10010 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 5:15-cr-00226-EJD-1 |
| v. | U.S. District Court for Northern California, San Jose |
| DOUGLAS STROMS YORK, | **MANDATE** |
| Defendant - Appellant. | |

The judgment of this Court, entered January 11, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7