CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-00218-BAM-1

Case title: USA v. York            Date Filed: 12/07/2017
Other court case number: CR-15-00226-EJD USDC, Northern    Date Terminated: 12/08/2017
                         District of CA

---

Assigned to: Magistrate Judge Barbara A. McAuliffe

**Defendant (1)**

| | |
|---|---|
| **Douglas Storms York**<br>*TERMINATED: 12/08/2017* | represented by   **Victor Manuel Chavez**<br>Federal Defender (FRS)<br>2300 Tulare Street<br>Suite 330<br>Fresno, CA 93721<br>(559) 487-5561<br>Fax: (559) 487-5950<br>Email: victor_chavez@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

**Plaintiff**

**USA**                      represented by   **Jeffrey A. Spivak , GOVT**
United States Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4073
Email: jeffrey.spivak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2017 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from USDC, Northern District of CA. Case CR-15-00226-EJD as to Douglas Storms York (1). (Martin-Gill, S) (Entered: 12/08/2017) |
| 12/08/2017 | 2 | SHACKLING MINUTE ORDER signed by Magistrate Judge Barbara A. McAuliffe on 12/8/2017: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Douglas Storms York is Fully Shackled (USM # **20506-111**). (Herman, H) (Entered: 12/08/2017) |
| 12/08/2017 | 3 | MINUTES (Text Only) for proceedings before Magistrate Judge Barbara A. McAuliffe on 12/8/2017: Oral motion for appointment counsel held - So Ordered, Federal Defender appointed. INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS on Out of District Warrant from Northern District of CA, San Jose re Violation of Supervised Release as to Douglas Storms York - held. Defendant advised of charges/rights & Identity rights; received petition; True Name stated as charged; waived reading/advisement rights; waives Identity Hearing. DETENTION Hearing held - govt seeks detention; submitted - Court Orders defendant DETAINED and TRANSPORTED. Government Counsel: Jeffrey Spivak - present. Defense Counsel: Victor Chavez, FD Appointed - present. US Probation Nicole Wright - present. Custody Status: in Custody FULLY (USM # previously added for Dft) - present. Court Reporter/CD Number: ECRO: Jami Thorp. (Herman, H) (Entered: 12/08/2017) |
| 12/08/2017 | 4 | DETENTION ORDER (Violation of Supervised Release) signed by Magistrate Judge Barbara A. McAuliffe on 12/8/2017 as to Douglas Storms York. (Herman, H) (Entered: 12/08/2017) |
| 12/08/2017 | 5 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Barbara A. McAuliffe on 12/8/17 as to Douglas Storms York. Defendant committed to District of CA, Northern. (Martin-Gill, S) (Entered: 12/12/2017) |
| 12/12/2017 | 6 | TRANSMITTAL of DOCUMENTS re 5 Commitment to Another District on *12/8/2017* to * United States District Court of Northern District* *280 South 1st Street, Room 2112* *San Jose, CA 95113*. ** |

*Electronic Documents: 1 to 6 * (Martin-Gill, S) (Entered: 12/12/2017)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/18/2017 13:41:50 | | |
| **PACER Login:** | 2_Eureeka:4153766:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-mj-00218-BAM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |