UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 5, 2018 | **Time:** 2:02-2:04 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 2 Mins. | |
| **Case No.:** 15-cr-00226-EJD-1 | **Case Name:** UNITED STATES v. Douglas Stroms York(P)(C) | |

**Attorney for Plaintiff:** Jeff Schenk

**Attorney for Defendant:** Graham Archer

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** Sereena Quick |

### PROCEEDINGS – REVOCATION SUPERVISED RELEASE HEARING

Defendant is present and is in-custody. Hearing held.
The parties requested the matter be continued for a possible admission/immediate sentencing.
The Court granted the request and continued the matter to 2/26/2018.

**CASE CONTINUED TO: February 26, 2018 1:30 P.M. for Admission and Immediate Sentencing.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: