UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 26, 2018    **Time:** 1:44-2:02 pm    **Judge:** Edward J. Davila
**Total Time:** 16 mins.

**Case No.:** 15-cr-00226-EJD-1    **Case Name:** UNITED STATES v. York

**Attorney for Plaintiff:** Scott Simeon (Specially for Jeffrey Schenk)

**Attorney for Defendant:** Graham Archer

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** Sereena Quick

### PROCEEDINGS – REVOCATION OF SUPERVISED RELEASE

Defendant is present and in-custody.  Hearing held.
**1:44-2:01 pm ADMISSION**
Defendant is sworn.
Court conducts voir dire with defendant regarding admissions re Petition.
Defendant ADMITS to Charges 2,5,6,8 and 9 of the Petition (Dkt. 119) filed 8/16/2017.
The Court accepts the admissions and orders the admissions to Charges 2,5,6,8 and 9 recorded.

**2:01-2:02pm DISPOSITION**
The Court sentenced the defendant as follows:
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 9 months as to Charges 2,5,6,8 and 9 of the Petition, said term to run concurrently to one another.
Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 months as to Charges 2,5,6,8 and 9 of the Petition, said term to run concurrently to one another.
Court adopts the probation officer's recommended conditions of release (SEE JUDGMENT).
The defendant is remanded to the custody of the Bureau of Prisons.
Government requested that the remaining charges be dismissed.  The Court grants the request and orders the remaining charges are DISMISSED.

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter