ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00226 EJD |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| v. | |
| DOUGLAS STROMS YORK, | |
| Defendant. | |

    The United States Attorney's Office hereby files this notice to advise the court that Assistant United States Attorney Jeff Schenk is currently appearing as counsel on behalf of the United States.

    Please remove Brianna L. Penna from the list of attorneys to be noticed.

DATED: May 17, 2018                        Respectfully submitted,

                                              ALEX G. TSE
                                              Acting United States Attorney

                                                /s/
                                              JEFF SCHENK
                                              Assistant United States Attorney

SUBSTITUTION OF COUNSEL