# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

### Report on Offender Under Supervision

**Name of Offender**  
Douglas Stroms York

**Docket Number**  
0971 5:15CR00226-001 EJD

**Name of Sentencing Judge:**   The Honorable Edward J. Davila
United States District Judge

**Date of Original Sentence:**   January 4, 2016

**Original Offense:**  Count One: False Impersonation of an Employee of the United States, 18 U.S.C. § 912, a Class E Felony.

**Original Sentence:** 12 months and one day custody followed by one year of supervised release.

**Special Conditions:** $100 special assessment; mental health treatment; drug treatment and testing; abstain from alcohol; no contact with the victim; search; no firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** On August 16, 2017, a request for an arrest warrant was filed to include charges related to alleged law violations, failure to notify the probation officer of law enforcement contact, drug possession, and leaving the judicial district without permission of the probation officer. On March 1, 2018, supervision was revoked and York was sentenced to nine months imprisonment followed by three months supervised release. A special condition was added to include no contact with the victims identified in the law violations and identified in the petition.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Jeffrey Schenk

**Date Supervision Commenced**  
August 24, 2018  
**Defense Counsel**  
Graham Archer (AFPD)

### Petitioning the Court to Take Judicial Notice

### Cause

**RE:** York, Douglas Storms 2
0971 5:15CR00226-001 EJD

Charge Number | Violation

One | There is probable cause to believe that York violated the mandatory condition that he not commit another federal, state, or local crime.

> On September 18, 2018, York contacted probation via text message stating he received a traffic ticket for test riding his motorcycle after making some repairs.
>
> On September 17, 2018, York was cited by the Department of California Highway Patrol for California Vehicle Code violations: § 14061.1(a) VC – Suspended License, a misdemeanor; § 4000(a)(1)VC – Registration Expired, an infraction; § 16028(c)VC – No Insurance, an infraction; and § 12500(b)VC – No MI, an infraction.
>
> An arraignment hearing is scheduled for November 7, 2018, in the Santa Cruz Superior Court of California Traffic Division.
>
> Evidence of this alleged violation can be found in the California Highway Patrol notice to appear citation number HQ02481.

**Action Taken and Reason**

York commenced a second term of supervised release on August 24, 2018, and will expire on November 23, 2018. On November 1, 2018, during an office contact, York was questioned about his driving without a license, at which time he admitted to test driving his motorcycle. York is the owner of the motorcycle, but does not possess a valid driver's license. York was given a verbal disapproval of driving without a license. In addition, he was given an oral reprimand/warning of noncompliance, and instructed to refrain from driving without a license.

Following York's June 28, 2017, conviction for PC-Inflict Corporal Injury on Spouse, on December 5, 2017, York was placed on Mariposa County Summary Probation for a term of three years. York will continue supervision with Mariposa County probation until December 4, 2020, to include the following conditions: obey all laws; pay fine; notify the Court of a change in residence; and notify in writing any new law violations. As such, York was instructed to notify Mariposa County Probation in writing of the new alleged violation noted in this petition.

In response to the admission and violation, York identified alternative solutions to driving without a license and agreed to utilize such solutions when necessary.

York has acknowledged areas of improvement needed to obtain a valid driver license. He understands his continued driving without a license may lead to severe consequences not only with the Court, but also in his personal life. As such, it is respectfully requested the Court take judicial notice.

**RE:**   York, Douglas Storms                                                                                                  3
          0971 5:15CR00226-001 EJD

Respectfully submitted,                                    Reviewed by:

_____                          _____
Sereena Quick                                              Aylin McFarland
U.S. Probation Officer                                     Supervisory U.S. Probation Officer
Date Signed: November 5, 2018

---

THE COURT ORDERS:

- [x] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

11/7/2018                                                  
_____                          _____
Date                                                       Edward J. Davila
                                                           United States District Judge